UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES H. MOSBY, JR.,            )
    Plaintiff,                  )
                                                      )    CIVIL ACTION NO. 005-11143 MLW
v.                                )
                                                      )
MASSACHUSETTS WATER              )
RESOURCES AUTHORITY,             )
    Defendant.                  )

### NOTICE OF APPEARANCE

    The undersigned attorney, John W. Bishop, Jr., hereby enters his appearance on behalf of the defendant, Massachusetts Water Resources Authority.

                                                  Massachusetts Water Resources
                                                  Authority,
                                                  Defendant

                                                  By its attorney,

                                                  /s/ John W. Bishop, Jr.
                                                  John W. Bishop, Jr., BBO #043840
                                                  Acting Associate General Counsel
                                                  Massachusetts Water Resources
                                                  Authority
                                                  Charlestown Navy Yard
                                                  100 First Avenue
                                                  Boston, MA  02129
                                                  (617) 788-1115

Dated: June 23, 2005

### CERTIFICATE OF SERVICE

    I, John W. Bishop, Jr., hereby certify that on this 23rd day of June, 2003, I served the Notice of Appearance via first class mail to the following:

James P. Keane, Esq.
Keane, Klein & Duffey
One Church Court
Boston, MA 02129

                                                  /s/ John W. Bishop, Jr.
                                                  John W. Bishop, Jr.