UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES H. MOSBY, JR. )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS WATER )<br>RESOURCES AUTHORITY, )<br>Defendant. )<br>) | C.A. No. 05 11143 MLW |

ASSENTED TO MOTION TO ENLARGE TIME
FOR FILING RESPONSIVE PLEADING

The defendant Massachusetts Water Resources Authority ("MWRA") respectfully moves that this Court enlarge the time in which it may file its answer or other responsive pleading to the plaintiff's Complaint from Monday, June 27, 2005 up to and including Monday, July 18, 2005. Defendant MWRA was served on June 6, 2005.

Defendant MWRA assigns as grounds for its motion the need for additional time in which to investigate the plaintiff's claim and to prepare an appropriate response. Plaintiff, by his counsel, has assented to defendant's request for an enlargement of time to file its responsive pleading through and including July 18, 2005.

Respectfully submitted,

MASSACHUSETTS WATER
RESOURCES AUTHORITY

By its attorney,

*/s/ John W. Bishop, Jr.*

John W. Bishop, Jr., BBO #043840
Massachusetts Water Resources
 Authority
100 First Avenue, Building 39-1
Charlestown Navy Yard
Boston, Massachusetts 02129
(617) 788-1115

Dated: June 23, 2005

## CERTIFICATE OF SERVICE

I, John W. Bishop, Jr., hereby certify that on this 23rd day of June, 2003, I served the Assented to Motion to Enlarge Time for Filing Responsive Pleading, via first class mail to the following:

James P. Keane, Esq.
Keane, Klein & Duffey
One Church Court
Boston, MA 02129

*/s/ John W. Bishop, Jr.*

John W. Bishop, Jr.