UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES H. MOSBY, JR. )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS WATER )<br>RESOURCES AUTHORITY, )<br>Defendant. )<br>) | C.A. No. 05 11143 MLW |

DEFENDANT'S MOTION PURSUANT TO FED. R. CIV. P. 12(b)(6)
TO DISMISS PLAINTIFF'S COMPLAINT IN PART,
OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 12(b)(6), the defendant Massachusetts Water Resources Authority ("MWRA") moves that this Court dismiss plaintiff's complaint in part, as to all claims asserted under Massachusetts General Laws chapter 151B, 42 U.S.C. § 1981, and state tort claims alleging intentional infliction of emotional distress. In the alternative, MWRA prays that this Court enter partial summary judgment in defendant's favor as to the aforementioned claims, pursuant to Fed. R. Civ. P. 56(c).

The basis for MWRA's Motion is that the claims asserted by plaintiff under G.L. c. 151B and 42 U.S.C. § 1981 are time-barred. Claims asserted by plaintiff for intentional infliction of emotional distress in the employment context are preempted by the Massachusetts Worker's Compensation Act, G.L. c. 152. Accordingly, the complaint fails to state claims upon which relief can be granted, and the claims should be

dismissed, or in the alternative, summary judgment should be entered in defendant's favor on these claims.

In support of its Motion, MWRA submits a memorandum of law and the Affidavit of Bonnie Gillespie-Perry, filed herewith.

Respectfully submitted,

MASSACHUSETTS WATER
RESOURCES AUTHORITY
Defendant
By its attorney,

/s/ John W. Bishop, Jr.

John W. Bishop, Jr., BBO #043840
Massachusetts Water Resources
 Authority
100 First Avenue, Building 39-1
Charlestown Navy Yard
Boston, Massachusetts 02129
(617) 788-1115

Dated: July 18, 2005

## CERTIFICATE OF SERVICE

I, John W. Bishop, Jr., hereby certify that on this 18th day of July, 2005, I served the Defendant's Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Plaintiff's Complaint in Part, or in the Alternative for Partial Summary Judgment, via first class mail to the following:

James P. Keane, Esq.
Keane, Klein & Duffey
One Church Court
Boston, MA 02129

/s/ John W. Bishop, Jr.
John W. Bishop, Jr.