UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
CHARLES H. MOSBY, JR.           )
        Plaintiff,              )        C.A. No. 05 11143 MLW
                                )
v.                              )
                                )
MASSACHUSETTS WATER             )
RESOURCES AUTHORITY,            )
        Defendant.             )
_____)

## AFFIDAVIT OF BONNIE GILLESPIE-PERRY, ESQ.

The undersigned Affiant hereby avers to the following:

1.    My name is Bonnie Gillespie-Perry.  I am a member in good standing of the Bar of the Commonwealth of Massachusetts, BBO #554747.  I am employed as a Senior Staff Counsel at Massachusetts Water Resources Authority.

2.    I am submitting this Affidavit in support of MWRA's Motion for Dismissal of Plaintiff's Complaint In Part Pursuant to Fed. R. Civ. P. 12(b)(6), or in the Alternative, for Partial Summary Judgment.

3.    In the course of my duties as Senior Staff Counsel for MWRA, I represented MWRA in a matter before the Massachusetts Commission Against Discrimination (MCAD) entitled Mosby v. MWRA, MCAD Docket No. 01 BEM 10420 ("Mosby's MCAD case").

4.      Attached hereto are true and accurate copies of three documents generated in the course of Mosby's MCAD case, and which were received by me from MCAD:

1.      Complaint by Charles H. Mosby, Jr. (2 pages);

2.      Dismissal and Notification of Rights – recommendation for dismissal of the Complainant (2 pages); and

3.      Final action letter by MCAD, received on or about December 26, 2003, affirming MCAD's February 10, 2003 finding of lack of jurisdiction.

Signed under the pains and penalties of perjury this 18th day of July , 2005.

Bonnie Gillespie-Perry, Esq.
BBO #554747
Massachusetts Water Resources
 Authority
100 First Avenue, Building 39-1
Charlestown Navy Yard
Boston, Massachusetts 02129
(617) 788-1181