# Keane, Klein & Duffey
### Attorneys at Law
One Church Court
Boston, Massachusetts 02129
Telephone (617) 242-8383
Fax (617) 242-8313

James P. Keane
Alice J. Klein
Thomas W. Duffey

July 29, 2005

Dennis O'Leary,
    Clerk to Honorable Judge Wolf
United States District Court
John Joseph Moakley Courthouse
One Courthouse Way
Boston MA 02210

      **Re: Charles H. Mosby, Jr. v. Massachusetts Water Resources Authority,**
      **C.A. No. 05-11143 MLW**

Dear Mr. O'Leary:

In response to the Defendant's Motion for Summary Judgment, the plaintiff has entered into a settlement and stipulation of dismissal for those claims contested in the Motion. A Stipulation of Partial Dismissal will be filed shortly. The Defendant's Motion for Partial Summary Judgment is now moot.

If you have any questions, please contact the undersigned.

                        Very truly yours,

                        James P. Keane

Jpk/le
Cc: Cheryl Donohue, Esq.