UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES H. MOSBY, JR.,  )
    PLAINTIFF        )
                            )
Vs.                  )      05-11143MLW
                            )
MASSACHUSETTS WATER   )
RESOURCES AUTHORITY,  )
    DEFENDANT        )

### PLAINTIFF'S ASSENTED TO
### MOTION AND MEMORANDUM TO AMEND HIS COMPLAINT

Now comes the plaintiff, by and through his attorneys, and in his assented to Motion to Amend His Complaint states as follows:

1. Pursuant to F.R. Civ. P. 15, Plaintiff seeks to amend his complaint by deleting his Civil Rights Claim, under 42 U.S.C. §1981, his Massachusetts state law discrimination claims, and any claim for intentional infliction of emotional distress. Said claims have been dismissed with prejudice and without costs. A Stipulation of Dismissal has been filed for said claims.

2. Defendant has assented to this Motion and therefore no party will be prejudiced by its allowance.

For the above-stated reasons, plaintiff seeks to amend his complaint and file his Amended Complaint (filed herewith).

                                            Plaintiff,
                                            By His Attorneys,
                                            Keane, Klein & Duffey

                                            James P. Keane BBO#262800

*[signature: Alice J. Klein]*

Alice J. Klein BBO#274600
One Church Court
Boston MA 02129
(617) 242-8383
E-mail address:
Keaneklein@aol.com

Assented to:
Defendant,
By Its Attorneys

*[signature: John W. Bishop, Jr. (with permission)]*

John W. Bishop, Jr., Esq.
BBO#043840
MWRA - Charlestown Navy Yard
100 First Avenue
Boston MA 02129

Dated: 8/15/05