UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES MOSBY, JR.<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS WATER<br>RESOURCES AUTHORITY,<br>    Defendant. | C.A. No. 05 11143 MLW |

### STIPULATION OF PARTIAL DISMISSAL

The parties, Plaintiff Charles H. Mosby, Jr. ("Mosby" or the "Plaintiff") and the Defendant Massachusetts Water Resources Authority ("MWRA" or "Defendant") hereby stipulate that the following actions, advanced in the Plaintiff's complaint, are and shall hereby be dismissed, with prejudice and without costs:

1. Any and all causes of action and claims for relief and damages referred to in the complaint, either explicitly or implicitly, brought pursuant to the provisions of Massachusetts General Laws chapter 151B;

2. Any and all causes of action, claims for relief and damages referred to in the complaint, either explicitly or implicitly, brought pursuant to the provisions of 42 U.S.C. § 1981; and

3. Any and all causes of action, claims for relief and damages referred to in the complaint, either explicitly or implicitly, asserting intentional infliction of emotional distress.

Respectfully submitted,

MASSACHUSETTS WATER
RESOURCES AUTHORITY

By its attorney,

_____
John W. Bishop, Jr.
BBO # 043840
Steven A. Remsberg
BBO #416620
Massachusetts Water Resources
 Authority
100 First Avenue, Building 39
Charlestown Navy Yard
Boston, Massachusetts 02129
(617) 788-1115


CHARLES H. MOSBY, JR.

By his attorney,

_____
James P. Keane, BBO #262800
Keane, Klein & Duffy
One Church Court
Boston, MA 02129
(617) 242-8383

Dated: August 1, 2005