UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES MOSBY, JR.<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS WATER<br>RESOURCES AUTHORITY,<br>    Defendant. | C.A. No. 05 11143 MLW |

### ANSWER OF MASSACHUSETTS WATER RESOURCES AUTHORITY TO PLAINTIFF'S AMENDED COMPLAINT

Now comes the defendant Massachusetts Water Resources Authority (the "MWRA") who responds to the numbered paragraphs of the plaintiff's Amended Complaint as follows:

1. The allegations contained in paragraph 1 of the plaintiff's Amended Complaint contain conclusions of law to which no response on the part of the defendant is required. To the extent that a response is required, the defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the plaintiff's Amended Complaint

2. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the plaintiff's Amended Complaint.

3. The defendant denies the allegations contained in paragraph 3 of the plaintiff's Amended Complaint, except admits that the MWRA is a body politic and corporate, created pursuant to St. 1984, c.372, with a principal place of business at 100 First Avenue, Charlestown Navy Yard, Boston, MA 02129.

4. The defendant admits the allegations contained in paragraph 4 of the plaintiff's Amended Complaint.

5. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the plaintiff's Amended Complaint except that the defendant admits that the plaintiff has identified himself in MWRA records as being a black male and as having a November 30, 1927 birth date.

6. The defendant denies the allegations contained in paragraph 6 of the plaintiff's Amended Complaint except admits that the plaintiff has been employed by the MWRA since 1994 as an Area Manager.

7. The defendant admits the allegations contained in paragraph 7 of the plaintiff's Amended Complaint.

8. The defendant denies the allegations contained in paragraph 8 of the plaintiff's Amended Complaint except admits that the plaintiff submitted his application and resume.

9. The defendant denies the allegations contained in paragraph 9 of the plaintiff's Amended Complaint.

10. The defendant denies the allegations contained in paragraph 10 of the plaintiff's Amended Complaint except admits that the plaintiff was not interviewed.

11. The defendant denies the allegations contained in paragraph 11 of the plaintiff's Amended Complaint except that the defendant admits that the position of Maintenance Manager was given to a Caucasian male.

12. The defendant denies the allegations contained in paragraph 12 of the plaintiff's Amended Complaint.

13. The defendant repeats and realleges its responses to paragraphs 1-12 of the plaintiff's Amended Complaint as if fully set forth herein.

14. The defendant denies the allegations contained in paragraph 14 of the plaintiff's Amended Complaint.

15. The defendant denies the allegations contained in paragraph 15 of the plaintiff's Amended Complaint.

16. The defendant denies the allegations contained in paragraph 16 of the plaintiff's Amended Complaint.

17. The defendant denies the allegations contained in paragraph 17 of the plaintiff's Amended Complaint.

18. The defendant denies the allegations contained in paragraph 18 of the plaintiff's Amended Complaint.

19. The defendant denies the allegations contained in paragraph 19 of the plaintiff's Amended Complaint

20.     The defendant denies the allegations contained in paragraph 20 of the plaintiff's Amended Complaint

21.     The defendant denies the allegations contained in paragraph 21 of the plaintiff's Amended Complaint.

The defendant further denies that the plaintiff is entitled to judgment against it, and asserts the following Affirmative Defenses.

### AFFIRMATIVE DEFENSES

#### First Affirmative Defense

The Amended Complaint fails to state a claim upon which relief can be granted.

#### Second Affirmative Defense

The allegations contained in the Amended Complaint are barred by the applicable statute of limitations.

#### Third Affirmative Defense

The defendant had good cause and reasonable factors other than age for its actions.

#### Fourth Affirmative Defense

The defendant had legitimate business reasons for its actions.

#### Fifth Affirmative Defense

The plaintiff's claims are barred to the extent that the doctrine of laches applies.

#### Sixth Affirmative Defense

The plaintiff's claims are barred to the extent that he failed to exhaust applicable administrative remedies.

### Seventh Affirmative Defense

The plaintiff has not suffered any damage as a result of the conduct alleged in the Amended Complaint.

### Eighth Affirmative Defense

To the extent that the plaintiff suffered any damages as a result of the conduct alleged in the Amended Complaint, the defendant denies that its conduct was the legal or proximate cause of those damages.

### Ninth Affirmative Defense

The plaintiff's claims are barred to the extent that he failed to mitigate his damages.

### Tenth Affirmative Defense

The plaintiff's claims are barred to the extent that the defendant's alleged actions were in accordance with the applicable collective bargaining agreement.

### Eleventh Affirmative Defense

The plaintiff's claims are barred by contributory and/or comparative negligence.

### Twelfth Affirmative Defense

The plaintiff's claims are barred by the doctrine of waiver.

### Thirteenth Affirmative Defense

The defendant is immune from liability pursuant to St. 1984, c.372, 6(f) for acts and omissions involving the exercise of administrative functions involving the

determination of a fundamental governmental policy and exercise of a discretionary function or duty.

### Fourteenth Affirmative Defense

The plaintiff's claims are barred to the extent that sovereign immunity applies to the defendant.

### Fifteenth Affirmative Defense

The plaintiff's claims are barred because the Court lacks subject matter jurisdiction over this matter.

WHEREFORE, the defendant requests that the Court: Dismiss the above-captioned action and each count therein, with prejudice; award the defendant its costs and attorneys fees; Grant the defendant such other and further relief, as this Court deems appropriate.

Respectfully Submitted,

MASSACHUSETTS WATER
RESOURCES AUTHORITY,
Defendant

By its attorney,

_____
John W. Bishop, Jr.
BBO# 043840
Associate General Counsel
Massachusetts Water Resources
 Authority
Charlestown Navy Yard
100 First Avenue
Boston, MA 02129
(617) 788-1115

Dated: September 6, 2005


## CERTIFICATE OF SERVICE

I, John W. Bishop, Jr. hereby certify that on this 6th day of September 2005, I served the foregoing Answer of Massachusetts Water Resources Authority to Plaintiff's Amended Complaint, by causing a copy to be mailed, first class mail, postage prepaid to:

James P. Keane, Esq.
Keane, Klein & Duffy
One Church Court
Boston, MA 02129

_____
John W. Bishop, Jr.

7