**Keane, Klein & Duffey**
**Attorneys at Law**
One Church Court
Boston, Massachusetts 02129
(Telephone) 617-242-8383
(Facsimile) 617-242-8313

*James P. Keane*
*Alice J. Klein*
*Thomas W. Duffey*

October 19, 2005

Dennis O'Leary,
    Clerk to Honorable Judge Wolf
United States District Court
John Joseph Moakley Courthouse
One Courthouse Way
Boston MA 02210

      **Re: Charles H. Mosby, Jr. v. Massachusetts Water Resources Authority,**
      **C.A. No. 05-11143 MLW**

Dear Mr. O'Leary:

Pursuant to our telephone conversation of October 19, 2005, please be advised that, on behalf of my client, Charles Mosby, we respectfully decline referral of the matter to a U.S. Magistrate.

Thank you for your attention to this matter, and we remain

                                              Very truly yours,

                                              James P. Keane

Jpk/le
Cc: John Bishop, Esq.