UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES MOSBY, JR.<br>　　　Plaintiff,<br><br>v.<br><br>MASSACHUSETTS WATER<br>RESOURCES AUTHORITY,<br>　　　Defendant. | C.A. No. 05 11143 MLW |

## STIPULATION OF THE PARTIES

Now comes the parties hereto and in their Agreed Stipulation state as follows:

1.  **Background**: On or about March 8, 2005, an Equal Employment Opportunity Commission's Dismissal and Notice of Rights – Notice of Suit Rights was received by the plaintiff (See Ex. A attached). That following receipt of the aforementioned, the plaintiff brought suit within the 90-day period on June 2, 2005. Following suit and service, the parties received a Notice of Intent to Reconsider on or about June 16, 2005 from the EEOC notifying them of the EEOC's intent to revoke its earlier Notice of Right to Sue letter, dated March 8, 2005 (See Ex. B attached). On August 29, 2005, the EEOC issued a second Dismissal and Notice of Rights – Notice of Suit Rights (See Ex. C attached).

2.      The parties have conferred through their representative counsel and have agreed that the plaintiff will not be required to bring a new action as a result of the EEOC's issuance of its Notice of Intent to Reconsider, dated June 16, 2005 and its second Dismissal and Notice of Rights-Notice of Suit Rights, dated August 29, 2005.

3       The defendant further agrees that its Affirmative Defenses, Numbers 6 and 15, in its Answer to the Amended Complaint do not relate to the plaintiff's failure to bring a new action subsequent to the EEOC's issuance of its Notice of Intent to Reconsider, dated June 16, 2005 and its second Dismissal and Notice of Rights, dated August 29, 2005.

Respectfully Submitted,

MASSACHUSETTS WATER
RESOURCES AUTHORITY,
Defendant

By its attorney,

_John W. Bishop, Jr._  *with*
John W. Bishop, Jr.          *Perm*
BBO# 043840
Associate General Counsel
Cheryl Donohue
Senior Staff Counsel
BBO#130300
Massachusetts Water Resources
 Authority
Charlestown Navy Yard
100 First Avenue
Boston, MA 02129
(617) 788-1115

2

Plaintiff
By His Attorneys,

*James P. Keane*
James P. Keane
BBO#262800
One Church Court
Boston MA 02129
617-242-8383

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

Closed
011-210422

To: Charles H. Mosby
5 Raynor Circle
Boston, MA 02120

From: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

MAR – 2005
Commission

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16C-2002-00212 | Edward J. Ostolski, Investigator | (617) 565-3214 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Robert L. Sanders,
Area Office Director

MAR 08 '005
(Date Mailed)

Enclosure(s)

MASSACHUSETTS WATER RESOURCE AUTHORITY
Charlestown Navy Yard, 100 First
Boston, MA 02129

EX A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Boston Area Office

John F. Kennedy Federal Building
Government Center
Room 475
Boston, MA 02203-0506
(617) 565-3200
TTY (617) 565-3204
FAX (617) 565-3196

June 16, 2005

Re: Charge No. 16C-2002-00212
Mosby v. Massachusetts Water
Resources Authority

Charles H. Mosby Jr.
5 Raynor Circle
Boston, MA 02120

Charging Party

Chief Executive Officer
Massachusetts Water Resources Authority
Charlestown Navy Yard
100 First Avenue
Boston, MA 02129

Respondent

### Notice of Intent to Reconsider

You are hereby notified of my intent to reconsider the decision issued in the above captioned charge on March 8, 2005. The letter of determination is vacated and the Notice of Right to Sue is revoked. Following reconsideration a new determination will be issued.

Robert L. Sanders, Director
Boston Area Office

EX B

EEOC Form 161 (10/96)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Charles H. Mosby<br>5 Raynor Circle<br>Boston, MA 02120 | From: Equal Employment Opportunity Commission<br>Boston Area Office<br>John F. Kennedy Federal Building, 4th Floor Room 475<br>Government Center<br>Boston, MA 02213 |
|---|---|

[ ]  *On behalf of person(s) aggrieved whose identity is*
     CONFIDENTIAL *(29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16C-2002-00212 | Rance A. O'Quinn, Supervisor | 617-565-3200 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  We cannot investigate your charge because it was not filed within the time limit required by law.

[ ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]  While reasonable efforts were made to locate you, we were not able to do so.

[ ]  You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Rance G. O'Quinn, for_        **AUG 29 2005**
Robert L. Sanders, Area Director        *(Date Mailed)*

Enclosure(s)

cc:  Massachusetts Water Resource Authority
     Charlestown Navy Yard,
     100 First Street
     Charlestown, MA 02129