UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES H. MOSBY, JR., )
    Plaintiff, )
) CIVIL ACTION NO. 05-11143 MLW
v. )
)
MASSACHUSETTS WATER )
RESOURCES AUTHORITY, )
    Defendant. )

## NOTICE OF APPEARANCE

The undersigned attorney, Cheryl F. Donohue, hereby enters her appearance on behalf of the defendant, Massachusetts Water Resources Authority.

Respectfully submitted,

Massachusetts Water Resources
Authority,
Defendant

By its attorney,

Cheryl F. Donohue, BBO #130300
Senior Staff Counsel
Massachusetts Water Resources
Authority
Charlestown Navy Yard
100 First Avenue
Boston, Massachusetts 02129
(617) 788-4014

Dated: December 7, 2005

## CERTIFICATE OF SERVICE

I, Cheryl F. Donohue., hereby certify that on this 7th day of December, 2005, I served the Notice of Appearance via first class mail to the following:

James P. Keane, Esq.
Keane, Klein & Duffey
One Church Court
Boston, MA 02129

_____
Cheryl F. Donohue

2