UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES H. MOSBY, JR.,)
    PLAINTIFF    )
                  )
Vs.            )     05-11143MLW
                  )
MASSACHUSETTS WATER   )
RESOURCES AUTHORITY,  )
    DEFENDANT     )

## JOINT STATEMENT

The parties hereby submit the following joint statement pursuant to LR 16.1(D).

As background, this action has been filed by the plaintiff for damages he alleges were caused by the defendant's failure to promote him to the position of maintenance manager of the Deer Island Water Treatment Facility.  He alleged that the failure to promote was based upon the discriminatory reasons of age and race. The defendant MWRA denies all essential elements of the complaint, has proffered various affirmative defenses, and submits that it was not discriminatory in any manner in its employment decision towards the plaintiff.

### Joint Discovery Plan and Pre-trial Schedule

1.   Written discovery requests (interrogatories and requests for production) are to be served by February 27, 2006.

2.   Responses to written discovery requests shall be provided on or before May 1, 2006.

3.   Amendments to the pleadings pursuant to Fed. R. Civ. Proc. 15 shall be filed on or before July 24, 2006 by motion or by agreement of the parties.

4.   Depositions of parties and fact witnesses are to be completed by December 31, 2006.

5.   Any F.R. Civ. P. 35 Motion is to be filed by December 31, 2006.

6.   Expert witnesses, if any, are to be designated by January 30, 2007 and expert reports to be provided on or before February 28, 2007.

7.   Depositions of expert witnesses, if any, are to be completed by April 16, 2007.

8.   Motions for Summary Judgment pursuant to Fed. R. Civ. P. 56 are to be filed by June 30, 2007.

### Trial by Magistrate Judge

At this point, Plaintiff is not prepared to consent to a trial by a Magistrate Judge.

### Settlement Proposal

The plaintiff has written to counsel for defendant and has made a demand of $250,000.00 and other non-monetary consideration to settle this matter.

### LR 16.1(D)(3) Certifications

Counsel hereby certify that they have conferred with their clients with respect to establishing a budget for this litigation

and the use of Alternative Dispute Resolution programs.   See

enclosed certifications.

Plaintiff, Charles H. Mosby, Jr.    Defendant, MWRA
By his attorneys                     By its attorneys


James P. Keane, #262800              John W. Bishop, Jr. #043840
KEANE, KLEIN & DUFFEY                Cheryl Donohue, #130300
One Church Court                     Charlestown Navy Yard
Boston, MA 02129                     100 First Street
(617) 242-8383                       Boston MA 02129
                                     (617) 788-1115