UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES MOSBY, JR.<br>Plaintiff, | )<br>)<br>) C.A. No. 05 11143 MLW |
| v. | )<br>) |
| MASSACHUSETTS WATER<br>RESOURCES AUTHORITY,<br>Defendant. | )<br>)<br>)<br>) |

### CERTIFICATION OF COUNSEL AND AUTHORIZED REPRESENTATIVE OF DEFENDANT MASSACHUSETTS WATER RESOURCES AUTHORITY

Pursuant to Local Rule 16.1 (D) (3), the undersigned counsel for the above captioned defendant, Massachusetts Water Resources Authority (MWRA), and the undersigned authorized representative of MWRA, hereby certify that they have conferred (1) regarding a view to establishing a budget for the costs of conducting the full course - and various alternative courses – of the litigation, and (2) to consider the use of alternate dispute resolution programs including those outlined in Local Rule 16.4.

Respectfully submitted,

MASSACHUSETTS WATER
RESOURCES AUTHORITY,
Defendant

By its attorneys,

_____
Frederick A. Laskey
Executive Director

John W. Bishop, Jr. BBO#043840
Cheryl Forzley Donohue BBO #630300
Massachusetts Water Resources
 Authority
100 First Avenue
Charlestown Navy Yard
Boston, Massachusetts  02129
(617) 788-1115

Dated: December 12, 2005

CERTIFICATE OF SERVICE

I, John W. Bishop, Jr., ~~Cheryl Forzley Donohue,~~ hereby certify that on this 14th day of December 2005, I served the foregoing by causing a copy to be mailed, first class postage prepaid, to the following:

James P. Keane, Esq.
One Church Court
Boston, MA 02129

John W. Bishop, Jr.
~~Cheryl Forzley Donohue~~

2