UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
CHARLES MOSBY, JR.                 )
     Plaintiff,                    )    C.A. NO. 05-11143 MLW
                                   )
v.                                 )
                                   )
MASSACHUSETTS WATER                )
RESOURCES AUTHORITY,               )
     Defendant.                    )
_____)
```

CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Plaintiff Charles Mosby, Jr. and his counsel hereby certify, pursuant to LR 16.1(D)(3), that they have conferred concerning: 1) a budget for the costs of conducting this litigation and 2) the use of Alternative Dispute Resolution programs such as those outlined in LR 16.4.

_____
James P. Keane

_____
Charles Mosby, Jr.

Dated: 12/7/05