# United States District Court
# District of Massachusetts

CHARLES H. MOSEBY,
    Plaintiff,

v.                            CIVIL ACTION NO. 2005-11143-MLW

MASSACHUSETTS WATER
    RESOURCES AUTHORITY,
        Defendant.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    (1)    Automatic disclosures must be COMPLETED *on or before the close of business on January 31, 2006.*

    (2)    Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Monday, February 27, 2006;* responses, answers and/or objections shall be served *on or*

*before the close of business on Monday, May 1, 2006.*

(3) Any motions to amend the pleadings must be filed *on or before the close of business on Monday, July 24, 2006.*

(4) All non-expert discovery shall be filed and/or served *on or before the close of business on Thursday, September 28, 2006* and *COMPLETED on or before the close of business on Tuesday, October 31, 2006.*

(5) Counsel shall report for a further conference on *Tuesday, September 12, 2006 at 3:00 P.M.* at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts. At said conference, the Court shall hear counsel as to (a) the status of discovery and (b) whether the case should be referred to mediation. By the date of the conference, counsel shall have completed that discovery which is necessary to evaluate the case for settlement purposes.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

December 22, 2005.