```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
CHARLES H. MOSBY, JR.,)
     PLAINTIFF        )
                      )
Vs.                   )        05-11143MLW
                      )
MASSACHUSETTS WATER   )
RESOURCES AUTHORITY,  )
     DEFENDANT        )
```

PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND
FURTHER ANSWER TO INTERROGATORY

Now comes the plaintiff, by and through his attorneys, and moves this Honorable Court to enter an Order Compelling the Defendant to Produce certain Documents and to Further Answer an Interrogatory, and in support thereof, submits the attached Memorandum.

```
                              Plaintiff,
                              By His Attorneys
                              Keane, Klein & Duffey

                              /s/ James P. Keane
                              James P. Keane BBO#262800
                              Alice J. Klein BBO#274600
                              One Church Court
                              Boston MA 02129
                              617-242-8383
```

CERTIFICATION PURSUANT TO L.R. 37.1
I, James P. Keane, hereby certify that on April 2, 2006, I conducted a discovery conference in person with defendant's counsel at its office in Charlestown Navy Yard beginning at approximately 2:00 p.m. and concluding at 3:00 p.m. with regard to the above-captioned issues; we were able to resolve some discovery issues but not the ones encompassed within.

/s/ James P. Keane
James P. Keane

CERTIFICATE OF SERVICE
I, James P. Keane, hereby certify that on the date set forth below, I served the foregoing, by first class mail postage prepaid, on defendant's counsel of record: John Bishop, Esq. and Cheryl Forzley Donohue, Esq., MWRA, Charlestown Navy Yard 100 First Avenue, Boston MA 02129.

/s/ James P. Keane
James P. Keane

Dated: June 7, 2006