UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
CHARLES H. MOSBY, JR.,)
     PLAINTIFF       )
                     )
Vs.                  )        05-11143MLW
                     )
MASSACHUSETTS WATER  )
RESOURCES AUTHORITY, )
     DEFENDANT       )
```

**PLAINTIFF'S <u>ASSENTED TO</u>**
**MOTION TO CONTINUE CONFERENCE**

Now comes the plaintiff, by and through his attorneys, and moves this Honorable Court to enter an Order continuing the Conference set for September 13, 2006 at 3:00 to either September 27, 2006 or September 28, 2006.  The reason for this request is that plaintiff's counsel will be on vacation on September 12, 2006 and it would be unfair to the plaintiff to incur legal expenses to have another attorney spend time reviewing the file and preparing for the conference.

```
                              Plaintiff,
                              By His Attorneys,
                              Keane, Klein & Duffey

                              /s/ James P. Keane

                              James P. Keane BBO#262800
                              Alice J. Klein BBO#274600
                              One Church Court
                              Boston MA 02129
                              (617) 242-8383
                              E-mail address:
                              Keaneklein@aol.com
```

Assented to:
Defendant,
By Its Attorneys

/s/ Cheryl Forzley Donohue

Cheryl Forzley Donohue BBO# 130300
MWRA – Charlestown Navy Yard
100 First Avenue
Boston MA 02129

Dated: August 31, 2006

CERTIFICATE OF SERVICE

I, James P. Keane, hereby certify that on the date set forth below, I caused a copy of the foregoing document to be delivered by first class mail, postage pre-paid, to defendant's counsel:

Cheryl Forzley Donohue BBO# 130300
MWRA – Charlestown Navy Yard
100 First Avenue
Boston MA 02129

Dated: August 31, 2006                          /s/ James P. Keane