UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES H. MOSBY, JR.,)
    PLAINTIFF     )
                         )
Vs.                   )        05-11143MLW
                         )
MASSACHUSETTS WATER   )
RESOURCES AUTHORITY,  )
    DEFENDANT     )

**JOINT MOTION TO EXTEND NON-EXPERT DISCOVERY PERIOD**

The parties hereby jointly move to extend the non-expert discovery period in this case. In support thereof, the parties state:

1. The close of non-expert discovery is set for December 22, 2006. The plaintiff has served a F.R. Civ. P. 30(b)(6) motion on the defendant and it has been determined that a proper response would necessitate the presentation of 8-10 witnesses.

2. Due to scheduling problems in the plaintiff's practice (trial schedule) and the need for medical attention, the deposition of the MWRA personnel has to be postponed.

3. The parties have been and still are, engaged in discovery.

4. The parties will require an additional three months to complete fact and non-expert discovery in this witness intensive matter.

5. Further, the plaintiff's counsel is in need of certain medical attention with a surgery previously scheduled but

postponed. Plaintiff's counsel is currently set for surgery on January 17, 2007.

6. Counsel for all parties agree that extending the non-expert discovery period up to and including March 16, 2007 is necessary.

7. As this is a joint motion, neither party will suffer prejudice. This case is not scheduled for trial.

8. In addition, the parties continue to explore the possibility of resolution of this matter without further litigation and have chosen a mediator.

Wherefore, the parties respectfully request that the Court grant their motion to extend the non-expert discovery deadline until and including March 16, 2007.

                                                Plaintiff,
                                                By His Attorneys,
                                                Keane, Klein & Duffey

                                                /s/ James P. Keane

                                                James P. Keane BBO#262800
                                                Alice J. Klein BBO#274600
                                                One Church Court
                                                Boston MA 02129
                                                (617) 242-8383
                                                E-mail address:
                                                Keaneklein@aol.com

Assented to:
Defendant,
By Its Attorneys

/s/ Cheryl Forzley Donohue

Cheryl Forzley Donohue BBO# 130300
MWRA - Charlestown Navy Yard

```
100 First Avenue
Boston MA 02129


Dated: December 7, 2006
```

                        CERTIFICATE OF SERVICE

I, James P. Keane, hereby certify that on the date set forth below, I caused a copy of the foregoing document to be delivered by first class mail, postage pre-paid, to defendant's counsel:

```
Cheryl Forzley Donohue BBO# 130300
MWRA – Charlestown Navy Yard
100 First Avenue
Boston MA 02129


Dated: December 7, 2006                         /s/ James P. Keane
```