UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES H. MOSBY, JR., )
    PLAINTIFF )
)
Vs. ) 05-11143MLW
)
MASSACHUSETTS WATER )
RESOURCES AUTHORITY, )
    DEFENDANT )

### JOINT MOTION TO EXTEND DISCOVERY PERIOD

The parties hereby move to extend the discovery period and related pre-trial dates. In support of this motion, the parties state:

    1. This is a case in which the plaintiff alleges that the defendant discriminated in its employment and promotion decisions towards him.

    2. Plaintiff's counsel has been suffering from an ongoing orthopedic injury which necessitated surgery in January. He was recuperating from the surgery during the balance of January and February. The injury, surgery, and recuperation have impeded his work schedule over the last 3 months.

    3. Discovery is presently set to close on March 16, 2007.

    4. The parties are jointly requesting an extension of the discovery deadlines so that they can complete discovery in the case in an economical fashion, including, but not limited to, the depositions of all the parties, as well as related fact witnesses. The defendant wishes to present a number of witnesses, believed to be seven, in response to plaintiff's F.R. Civ. P. 30(b)(6) deposition notice.

    5. The extension of the discovery schedule will assist the parties in the evaluating the case, clarifying the issues therein and believe lead to a mediated settlement.

6. Counsel for all parties have agreed that a revised discovery schedule as set forth below is necessary to complete discovery. As such neither party will be prejudiced by the extension.

7. The parties further request that the remaining pretrial dates be adjusted accordingly. In consequence, the parties ask that the following new deadlines be adopted:

(a) Depositions of parties and fact witnesses to be completed by July 30, 2007;

(b) Expert witnesses, if any, are to be designated by July 30, 2007, and expert reports are to be provided on or before August 30, 2007;

(c) Depositions of expert witnesses are to be completed by September 15, 2007;

(d) Motions for summary judgment pursuant to Fed. R. Civ. P. 56 are to be filed by September 30, 2007.

WHEREFORE, the parties respectfully request that their Motion be granted and the dates set forth in paragraph seven (7) above be adopted as controlling in this action.

>Plaintiff,
>By its Attorneys,
>Keane, Klein & Duffey
>/s/ James P. Keane
>James P. Keane BBO#262800
>One Church Court
>Boston MA 02129
>(617) 242-8383

Defendant,
By its Attorneys,
/s/ Cheryl Forzley Donohue
Cheryl Forzley Donohue, Esq.
MWRA – Charlestown Navy Yard
100 First Avenue
Boston MA 02129