# Keane, Klein & Duffey

**Attorneys at Law**
One Church Court
Boston, Massachusetts 02129
(Telephone) 617-242-8383
(Facsimile) 617-242-8313

*James P. Keane*
*Alice J. Klein*
*Thomas W. Duffey*

August 29, 2007

Honorable Robert B. Collings
United States Magistrate Judge
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston MA 02210

**Re: Charles H. Mosby, Jr. v. Massachusetts Water Resources Authority,
    C.A. No. 05-11143 MLW**

Dear Judge Collings:

In accordance with the previous direction of the Court, please be advised as to the current status of the above-referenced matter.

The parties, through counsel, encountered some difficulty in scheduling a mediation before the mutually agreed upon mediator but now have a conference date set for September 28, 2007. We will report to the Court the results of the mediation.

If the mediation is unsuccessful, we ask that you schedule us for a status conference in mid to late October 2007 for further status/scheduling in the matter.

Thank you for your attention to this matter, and we remain

                                    Plaintiff,
                                    By His Attorneys
                                    Keane, Klein & Duffey
                                    /s/ James P. Keane
                                    BBO#262800
                                    617-242-8383

```
Defendant
By Its Attorneys
/s/ Cheryl Forzley Donohue
BBO#130300
MWRA – Charlestown Navy Yard
100 First Avenue
Boston MA 02129
617-788-4014
```