# Keane, Klein & Duffey
**Attorneys at Law**
One Church Court
Boston, Massachusetts 02129
(Telephone) 617-242-8383
(Facsimile) 617-242-8313

*James P. Keane*
*Alice J. Klein*
*Thomas W. Duffey*

October 4, 2007

```
Honorable Robert B. Collings
United States Magistrate Judge
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston MA 02210
```

**Re: Charles H. Mosby, Jr. v. Massachusetts Water Resources Authority,**
**C.A. No. 05-11143 MLW**

Dear Judge Collings:

Please be advised that the parties were successful in achieving a settlement in the above-captioned matter. We anticipate that all closing papers (releases and stipulation to dismiss) will be completed and filed within 30 days.

Thank you for your attention to this matter, and we remain

```
                        Plaintiff,
                        By His Attorneys
                        Keane, Klein & Duffey
                        /s/ James P. Keane
                        BBO#262800
                        617-242-8383

                        Defendant
                        By Its Attorneys
                        /s/ Cheryl Forzley Donohue
                        BBO#130300
                        MWRA - Charlestown Navy Yard
                        100 First Avenue
                        Boston MA 02129
                        617-788-4014
```