# United States District Court
# District of Massachusetts

CHARLES H. MOSBY, JR.,
    Plaintiff,

v.

MASSACHUSETTS WATER
RESOURCES AUTHORITY,
    Defendant.

CIVIL ACTION NO:
05-11143-MLW

## ORDER RE: SETTLEMENT

COLLINGS, U.S.M.J.

Counsel have advised that the above-styled case has settled.

Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Monday, November 5, 2007.**

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

October 18, 2007.