UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES H. MOSBY, JR.,)
    PLAINTIFF    )
                            )
Vs.                            )    05-11143MLW
                            )
MASSACHUSETTS WATER )
RESOURCES AUTHORITY, )
    DEFENDANT    )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Charles H. Mosby, Jr. and Defendant, Massachusetts Water Resources Authority, pursuant to F.R. Civ. P. 41(a), that this action shall be and hereby is dismissed with prejudice and without costs.

Respectfully submitted,

| Charles H. Mosby, Jr. | Massachusetts Water Resources Authority |
| --- | --- |
| By his attorney, | By its attorneys, |
| /s/ James P. Keane | /s/ Cheryl Forzley Donohue |
| _____ | _____ |
| James P. Keane BBO #262800 | Cheryl Forzley Donohue, Esq. |
| One Church Court | MWRA – Charlestown Navy Yard |
| Boston, MA 02129 | 100 First Avenue |
| | (617) 242-8383 |

Dated: November 5, 2007